# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Tarone Devale Johnson | ) | |
| *Petitioner* | ) | |
| v. | ) | Civil Action No.     4:19-cv-1323-RMG |
| Warden McCormick Correctional Institution | ) | |
| *Respondent* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❑ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__),

which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with

costs.

❑ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____

recover costs from the petitioner *(name)* _____.

■ other: This petition is dismissed. A certificate of appealability is denied..

This action was *(check one)*:

❑ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❑ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel, United States District Judge who adopts the Report and
Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date:    June 10, 2019                                        *CLERK OF COURT*


                                                        s/Debbie Stokes
                                            _____
                                            *Signature of Clerk or Deputy Clerk*